IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN L. GUTIERREZ,

    Plaintiff,

v.                                      No. 14-cv-0539 MCA/SMV

FREEPORT McMORAN COPPER AND GOLD, INC.;
FREEPORT McMORAN CHINO, INC;
and JOHN BRACK;

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     September 14, 2015, at 1:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **September 14, 2015, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                              STEPHAN M. VIDMAR
                                                              United States Magistrate Judge

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.