IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN L. GUTIERREZ

    Plaintiff,

v.                                                                No. 14-cv-0539 MCA/SMV

**FREEPORT MCMORAN COPPER AND GOLD, INC.,**
**JOHN BRACK,**
**and FREEPORT MCMORAN CHINO, INC.,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    April 19, 2016, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **April 19, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss whether to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

If the parties are in agreement that an earlier settlement conference would be fruitful, they may contact chambers about the possibility of setting an earlier status conference.

    **IT IS SO ORDERED.**

                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.