IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**JOHN L. GUTIERREZ,**

        **Plaintiff,**

vs.                                            No.  14-cv-0539 MCA/SMV

**FREEPORT McMORAN COPPER
AND GOLD, INC., and JOHN BRACK,
individually, and as an employee of
FREEPORT McMORAN COPPER
& GOLD, INC.,**

        **Defendants.**

## ORDER GRANTING MOTION EXTENDING EXPERT WITNESS DEADLINES

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Extend Expert Witness Deadlines. The Court being fully advised finds good cause to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Parties are granted an additional two weeks in which to identify expert witnessed.

Therefore, the expert deadlines are now as follows:

    a) change the date of Plaintiff's Expert Disclosures for February 16, 2016, to March 1, 2016;

    b) change the date of Defendant's Expert Disclosures for March 17, 2016, to March 31, 2016;

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE

| Respectfully Submitted, | Agreed by: |
|---|---|
|  | *(Electronic Approval 02-16-16)* |
| */s/ Santiago E. Juarez* | George McFall |
| Santiago E. Juarez | Zoe E. Lees |
| Attorney for Plaintiff John Gutierrez | MODRALL, SPERLING, ROEHL, |
|  |     HARRIS & SISK, P.A. |