IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**JOHN L. GUTIERREZ,**

       **Plaintiff,**

vs.                                                                                                                                    No. 14-539 MCA/SMV

**FREEPORT McMORAN COPPER**
**AND GOLD, INC., and JOHN BRACK,**
**individually, and as an employee of**
**FREEPORT McMORAN COPPER**
**& GOLD, INC.,**

       **Defendants.**

### ORDER GRANTING MOTION EXTENDING EXPERT WITNESS DEADLINES

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Extend Expert Witness Deadlines. The Court being fully advised finds good cause to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Parties are granted an additional two weeks in which to identify expert witnessed.

Therefore, the expert deadlines are now as follows:

    a) change the date of Plaintiff's Expert Disclosures for March 1, 2016, to March 8, 2016;

    b) change the date of Defendant's Expert Disclosures for March 31, 2016, to April 7, 2016;

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

Respectfully Submitted,

*/s/ Santiago E. Juarez*
Santiago E. Juarez
Attorney for Plaintiff John Gutierrez

Agreed by:
*(Electronic Approval 03-03-16)*
George McFall
Zoe E. Lees
MODRALL, SPERLING, ROEHL,
    HARRIS & SISK, P.A.