IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN L. GUTIERREZ,

            Plaintiff,

vs.     No. 2:14-cv-00539 MCA /SMV

FREEPORT McMORAN COPPER
& GOLD INC., and JOHN D.
BRACK, Individually and as an
employee of FREEPORT McMORAN
COPPER & GOLD INC and
FREEPORT McMORAN CHINO
MINES COMPANY,

            Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO ACCEPT SECOND AMENDED COMPLAINT AS TIMELY

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Accept as Timely the Filing of the Second Amended Complaint. The Court being fully advised finds good cause to grant the relief requested. Counsel for the Defendants is not opposed to the requested relief.

**IT IS THEREFORE ORDERED** that the Second Amended Complaint is hereby filed as Timely.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*/s/ Santiago E. Juarez*
Santiago E. Juarez
Attorney for Plaintiff John Gutierrez

Agreed by:
*(Electronic Approval 03-15-16)*
George McFall
Zoe E. Lees
MODRALL, SPERLING, ROEHL,
    HARRIS & SISK, P.A.