IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN L. GUTIERREZ,

        Plaintiff,

vs.                                                          No. 14-539 MCA/SMV

FREEPORT McMORAN COPPER
AND GOLD, INC., and JOHN BRACK,
individually, and as an employee of
FREEPORT McMORAN COPPER
& GOLD, INC.,

        Defendants.

## ORDER GRANTING MOTION EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Extend Discovery Deadlines. The Court being fully advised finds good cause to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Parties are granted an additional two weeks in which to conduct the Depositions of witnesses until May 31, 2016.

                                                       Stephan M. Vidmar
                                                       UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*/s/ Santiago E. Juarez*
Santiago E. Juarez
Attorney for Plaintiff John Gutierrez

Agreed by:
*(Electronic Approval 05/02/16)*
George McFall
Zoe E. Lees
MODRALL, SPERLING, ROEHL,
      HARRIS & SISK, P.A.