# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**JOHN L. GUTIERREZ,**

        **Plaintiff,**

vs.                                                                                    No.  14-539 MCA/SMV

**FREEPORT McMORAN COPPER
AND GOLD, INC., and JOHN BRACK,
individually, and as an employee of
FREEPORT McMORAN COPPER
& GOLD, INC.,**

        **Defendants.**

## ORDER GRANTING MOTION EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion to Discovery Deadlines. The Court being fully advised finds good cause to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Parties are granted an additional two weeks in which to conduct the Deposition of Defendant John Brack until June 30th, 2016.

                                            Stephan M. Vidmar
                                            UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*/s/ Santiago E. Juarez*
Santiago E. Juarez
Attorney for Plaintiff John Gutierrez

Agreed by:
*(Electronic Approval 06/01/16)*
George McFall
Zoe E. Lees
MODRALL, SPERLING, ROEHL,
     HARRIS & SISK, P.A.