## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOHN L. GUTIERREZ**

    Plaintiff,

v.                                                                                          No. 14-cv-0539 MCA/SMV

**FREEPORT MCMORAN COPPER AND GOLD, INC.,
JOHN BRACK,
and FREEPORT MCMORAN CHINO, INC.,**

    Defendants.

## ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court pursuant to a telephonic status conference held on June 17, 2016.  A settlement conference will be held on **August 22, 2016, at 9:00 a.m.** in the **Brazos Courtroom, Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.**

The Court has received copies of the settlement letters and confidential position statements from the parties.  Should any party wish to submit a revised position statement before the settlement conference, it must be submitted to VidmarChambers@nmcourt.fed.us by **5:00 p.m. on August 17, 2016.**[5]

    **IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[5] Each e-mail message and its attachments cannot exceed 5 MB.  Data exceeding 5 MB should be submitted in individual e-mail messages, each less than 5 MB.