IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

JOHN L. GUTIERREZ,

       Plaintiff,

vs.                             No. 2:14-cv-00539  MCA/SMV

Freeport-McMoRan COPPER
AND GOLD, INC., and JOHN D. BRACK,
Individually, and as an employee of
Freeport-McMoRan COPPER
& GOLD, LLC, and FREEPORT
McMORAN CHINO, INC.,

       Defendants.

## ORDER GRANTING SECOND MOTION TO EXTEND PRE-TRIAL MOTION DEADLINE

**THIS MATTER** is before the Court on Defendants Second Unopposed Motion to Extend Pre-Trial Motion Deadline. The Court being fully advised finds good cause to grant the relief requested.

**IT IS THEREFORE ORDERED** that the Parties are granted an additional month in which to file pre-trial motions until August 15, 2016.

                                        HONORABLE STEPHAN M. VIDMAR
                                        UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

By: */s/ Zoë E. Lees*
George R. McFall
Zoë E. Lees
*Attorneys for Named Defendants*
MODRALL, SPERLING, ROEHL, HARRIS

& SISK, P.A.

 *(Electronic Approval 7/8/16)*
Santiago E. Juarez
*Attorney for Plaintiff John Gutierrez*