## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOHN L. GUTIERREZ

    Plaintiff,

v.                                                              No. 14-cv-0539 MCA/SMV

FREEPORT MCMORAN COPPER AND GOLD, INC.,
JOHN BRACK,
and FREEPORT MCMORAN CHINO, INC.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

A settlement was reached in this matter at the settlement conference held on August 22, 2016.

**IT IS THEREFORE ORDERED** that pursuant to the terms outlined in the Court's proposal, closing documents shall be filed no later than **September 22, 2016**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**